June 19, 2009

Mr. Hiram S. Sasser III
Liberty Legal Institute
903 East 18th Street, Suite 230
Plano, TX 75074

Mr. Carlos Villarreal
Hermansen, McKibben, Woolsey & Villarreal, L.L.P.
555 North Carancahua, Suite 1100
Corpus Christi, TX 78478
Mr. Michael Sean Royall
Gibson Dunn & Crutcher LLP
2100 McKinney, Suite 1100
Dallas, TX 75201-6911

RE: Case Number: 06-0074
 Court of Appeals Number: 13-03-00727-CV
 Trial Court Number: S-01-5735-CV-C

Style: PASTOR RICK BARR AND PHILEMON HOMES, INC.
 v.
 CITY OF SINTON

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause. The Motion to take Judicial Notice
is granted.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Cathy Wilborn |
| |Ms. Carmen Garza |
| |Ms. Allyson Newton |
| |Ho |
| |Mr. Jay Alan |
| |Sekulow |
| |Mr. Erik M. |
| |Zimmerman |
| |Ms. Loren Jacobson |
| |Mr. Douglas Laycock|